UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO LOPEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>THE RICKENBACKER GROUP,<br><br>           Defendant. | 1:09-CV-00220 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

    Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   July 30, 2009**                           **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

1